# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134508

GERALD KREMPOSKI, as Personal
Representative of the Estate of IRENE
KREMPOSKI,
        Plaintiff-Appellee,

v

MARSHFIELD CLINIC and MARVIN
E. KUEHNER, M.D.,
        Defendants-Appellants,

and

SUPERIOR HOME NURSING AND
HOSPICE and ST. JOSEPH'S HOSPITAL,
        Defendants-Appellees.
_____/

SC: 134508
COA: 275522
Gogebic CC: 06-000277-NH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2007

Clerk

d1023